CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 2 5 2006

JOHN F. CORCORAN, CLERK
BY:
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT LEWIS CAIN, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00303 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | |
| W. STEDHAM, et al., ) | By:  Samuel G. Wilson |
| Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Cain's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), all other pending motions are hereby **DENIED** as **MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 25th day of May, 2006.

_____
United States District Court Judge